IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 18-00293-CR-W-DGK |
| | ) |
| STEPHANIE THURMOND, | ) |
| | ) |
| Defendant. | ) |

O R D E R

On March 4, 2020, defendant appeared with her appointed counsel for the purpose of allowing the her to show cause why her bond should not be revoked for alleged violations of her pretrial release. Defendant advises she wishes to voluntarily surrender the $10,000, with 10% ($1,000) cash deposit, Appearance Bond approved by the Court on December 21, 2018. It is, therefore,

ORDERED that the $10,000, with 10% ($1,000) cash deposit, appearance bond executed by the defendant on January 15, 2019, be surrendered. The defendant is remanded to the custody of the United States Marshal. It is further

ORDERED that the Release Order executed December 21, 2018, be, and it is hereby, vacated and set aside.

       /s/ John T. Maughmer           
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri
March 4, 2020